# United States Court of Appeals
## For the First Circuit

---

No. 01-1915

LINDA GRAY,

Plaintiff, Appellant,

v.

GENLYTE GROUP, INC.,

Defendant, Appellee.

---

ERRATA SHEET

The opinion of this Court, issued on April 18, 2002, is amended as follows:

On pages 18, line 7 of footnote 4, and page 19, line 5 of footnote 5, replace "750 N.E.2d at 541-42" with "750 N.E.2d at 936-37".